UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-0052 (WMW/ECW) |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| Steven Michael Lincoln, | |
| Defendant. | |

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 84.) The Court finds that the property at issue is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872, and that the United States has established the requisite nexus between such property and the offenses of which Defendant Steven Michael Lincoln has been found guilty.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1.  Plaintiff United States of America's Motion for a Preliminary Order of Forfeiture, (Dkt. 84), is **GRANTED**.

2.  Defendant Steven Michael Lincoln shall forfeit to the United States a Ruger, model LCP II, .380 caliber semiautomatic pistol, serial number 380046632 and all ammunition seized therewith; a Kimber, model Compact Stainless II, .45 caliber semiautomatic pistol, serial number KC28873 and all ammunition seized therewith; and a

Brugger and Thomet, model TP-9, 9x19 millimeter-caliber semiautomatic firearm, serial number US-07-10030, with an inserted high-capacity magazine (the Property), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872(a).

3. The United States Attorney General or an authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture.

4. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the Property in such manner as the Attorney General may direct.

5. This Order shall become final at the time of sentencing, made part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: December 16, 2021  
                                                                                 s/Wilhelmina M. Wright  
                                                                                 Wilhelmina M. Wright  
                                                                                 United States District Judge